(January 6, 1986)

■ BAILLIE R. SMITH, Appellant, v JESUS PEOPLE, Doing Business as LOVE INN et al., Respondent-Appellant, and JOSEPH PARATORE et al., Individually and Doing Business as TRADESMEN OF FREEVILLE, Respondents.—Motion for permission to appeal to the Court of Appeals denied, without costs, on the ground permission to appeal may not be granted from the order of this court which remitted the matter for a new trial *(see,* CPLR 5602 [b] [1]; 5601 [c]). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

(January 8, 1986)

■ In the Matter of the Claim of MARGARET BOAK, Respondent, v O'LEARY FUNERAL HOME et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—By decision dated October 10, 1985 and order entered December 2, 1985, the motion to dismiss the appeal was granted by default. Motion by appellants granted, without costs, and order entered December 2, 1985 vacated and decision dated October 10, 1985 rescinded. Motion to dismiss appeal granted, without costs, on the ground that the decision sought to be appealed is interlocutory. It is noted that the Board's nonfinal decision may be reviewed upon the appeal from the final determination *(Matter of Huffman v Lake City Contr. Corp.,* 74 AD2d 989). Mahoney, P. J., Kane, Main, Casey and Harvey, JJ., concur.